IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Feeley,<br><br>             Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America, et al.,<br><br>             Defendants. | No. CV-14-02073-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** granting the Stipulated Motion to Dismiss (Doc. 16). This matter is dismissed without prejudice, with each side to bear its own attorneys' fees and costs.

Dated this 5th day of December, 2014.

_____
G. Murray Snow
United States District Judge